**No. 58734.**—Transcontinental Seed, Inc., and Alltransport, Inc. v. United States, protests 232869–K and 235296–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.

**No. 58735.**—J. L. Sclafani, Inc. v. United States, protest 235850–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Pepato cheese similar in all material respects to that the subject of Abstract 42146, it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese.

JANUARY 25, 1955

**No. 58736.**—Amity Silk Corporation v. United States, protests 195037–K and 195038–K. Plaintiff's application for rehearing granted.